**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona,, <br><br> Plaintiff, <br><br> v. <br><br> Russell Files, <br><br> Defendant. | No. CR-13-00436-PHX-DGC <br><br> **ORDER** |

Defendant Russell Files filed a "notice of removal of criminal action from Superior Court of the State of Arizona" on March 27, 2013.  Doc. 1.  The State filed a response on April 8, 2013, asking the Court to remand the case.  Doc. 3.  For the reasons that follow, the Court will remand the case to Maricopa County Superior Court.

Defendant is an employee of the U.S. Department of Agriculture.  He is accused of trapping his neighbor's dog on his front lawn and has been charged with cruelty to animals, a class 6 felony under state law.  He seeks to remove his case to this Court pursuant to the Federal Officer Removal Statute, 28 U.S.C. § 1442(a)(1).  Removal under the statute is appropriate when (1) the removing defendant is a person within the meaning of the Federal Officer Removal statute; (2) there is a causal nexus between the defendant's actions and the plaintiff's claims; and (3) the defendant can assert a "colorable federal defense."  *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1251-53 (9th Cir. 2006).

Defendant is not a person within the meaning of the Federal Officer Removal Statute.  The statute requires that the removing officer be acting "under color of such

office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue." 28 U.S.C. § 1442(a)(1). Defendant works for a federal agency and claims that he was acting within the scope of his employment, but he makes no showing that his actions were related to the apprehension or punishment of criminals or the collection of revenue. Because Defendant does not qualify for removal under the statute, this case must be remanded to state court.

**IT IS ORDERED** that this case is remanded to Maricopa County Superior Court. The clerk is directed to remand this case to Maricopa County Superior Court.

Dated this 19th day of April, 2013.

David G. Campbell
United States District Judge